**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

GENERAL STAR INDEMNITY COMPANY,                     PLAINTIFF,

VS.                                        CIVIL ACTION NO. 4:08CV0046-P-B

BOBBY F. FISHER, JR.; FIRST AMERICAN
TITLE INSURANCE COMPANY; LOAN
CLOSING SERVICES CORPORATION;
WILLIAM G. GERMANY; and KATHY
M. GERMANY,                                    DEFENDANTS.

**<u>FINAL JUDGMENT</u>**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that:

(1) Defendant First American Title Insurance Company's Cross-Motion for Summary

Judgment [65] is **DENIED**; and

(2) General Star Indemnity Company's Motion for Summary Judgment [61] is **GRANTED**

as explained in the court's Memorandum Opinion; therefore,

(3) The court declares that under the subject claims-made policy issued by General Star

Indemnity Company to Bobby Fisher, Jr. and Loan Closing Services Corporation, the claims of First

American Title Insurance Company in its lawsuit against Bobby Fisher, Jr. and Loan Closing

Services Corporation in the Circuit Court of Leflore County, Mississippi, and the claims of William

and Kathy Germany in their lawsuit against Bobby Fisher, Jr. and Loan Closing Services

Corporation in the Circuit Court of Hinds County are excluded by Section I.A.1 of the subject

policy; thus,

(4) General Star Indemnity Company owes no duty to defend or to indemnify Bobby Fisher,

Jr. and Loan Closing Services Corporation regarding the aforementioned lawsuits and claims asserted therein;

(5) First American Title Insurance Company's Motion for Costs [57] is **DENIED**;

(6) First American Title Insurance Company's Motion for Garnishment [58] is **DENIED**; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 9th day of July, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE